JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# EASTERN DIVISION

| | |
|---|---|
| JAMES HEFFLIN, an individual,<br><br>　　　　Plaintiff,<br><br>v.<br><br>FORD MOTOR COMPANY; and DOES 1 - 20, inclusive,<br><br>　　　　Defendants. | Case No. 5:21-cv-00995 SVW (SHKx)<br><br>**ORDER RE: JOINT STIPULATION OF DISMISSAL**<br><br>Complaint Filed: May 12, 2021<br>Action Removed: June 14, 2021<br><br>Judge: Stephen V. Wilson<br><br>Magistrate Judge: Shashi H. Kewalramani<br><br>Trial Date: November 30. 2021 |

Pursuant to Plaintiff JAMES HEFFLIN, ("Plaintiff") and Defendant FORD MOTOR COMPANY ("Defendant") (collectively, the "Parties") Joint Stipulation of Dismissal, and for good cause shown, the Court hereby ORDERS as follows:

1. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the above-captioned action is hereby dismissed with prejudice.

**IT IS SO ORDERED.**

Dated: November 5, 2021

　　　　　　　　　　　　　　　　　　/s/ Stephen V. Wilson
　　　　　　　　　　　　　　　　　　HONORABLE STEPHEN V. WILSON

-1-　Case No. 5:21-cv-00995 SVW (SHKx)
[PROPOSED] ORDER RE: JOINT STIPULATION OF DISMISSAL